IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARION A. HECHT, as Receiver for Joseph Forte, L.P., | : : : |
| Plaintiff, | : CIVIL ACTION : NO. 10-1374 |
| v. | : : |
| MALVERN PREPARATORY SCHOOL, | : : |
| Defendant. | : |

# ORDER

**AND NOW**, this 26th day of May, 2010, upon consideration of Defendant Malvern Preparatory School's Motion to Dismiss *(Doc. No. 8)*, the Receiver's Response in Opposition *(Doc. No. 10)*, and all related documents, it is hereby **ORDERED** that Defendant's Motion is **DENIED.**

IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**