**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARION A. HECHT**, as Receiver for Joseph Forte, L.P., | : <br> : <br> : **CIVIL ACTION** |
| Plaintiff, | : **NO. 10-1374** |
| v. | : <br> : |
| **MALVERN PREPARATORY SCHOOL**, | : <br> : |
| Defendant. | : |

# ORDER

**AND NOW**, this 26th day of August, 2010, upon consideration of the Receiver's Motion to Dismiss Counterclaim *(Doc. No. 17)*, Defendant's Response in Opposition *(Doc. No. 19)*, the Receiver's Reply *(Doc. No. 21)*, and all related documents, it is hereby **ORDERED** that the Receiver's Motion is **GRANTED.**

Counts I and II of Defendant's Counterclaim are hereby **DISMISSED.**

**IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**